IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WEIRTON HEALTH PARTNERS, LLC. | C.A. No.: 5:09-CV-40 |
| Plaintiff, | Electronic Filing |
| v. | The Honorable Frederick P. Stamp, Jr. |
| GABRIELLE YATES, | |
| Defendant. | |

### MOTION TO WITHDRAW APPEARANCE

AND NOW comes, Weirton Health Partners, LLC, plaintiff in the above captioned action, and moves the Court to withdraw the appearance of Martin Saunders, Esquire, Craig Snethen, Esquire and Jackson & Lewis, on the following grounds:

1. This action was instituted by Weirton Health Partners, LLC against Gabrielle Yates by the filing of a Complaint on April 19, 2009. At the time of the filing of the action, the plaintiff was represented in the case by Martin Saunders, Esquire, Craig Snethen, Esquire and Jackson & Lewis. On or about July 27, 2009, Avrum Levicoff, Esquire and the law firm of Levicoff, Silko & Deemer, entered an appearance as co-counsel for Weirton Health Partners, LLC, and since that time Avrum Levicoff, Esquire and Levicoff, Silko & Deemer have been handling all aspects of the case on behalf of Weirton Health Partners. Weirton Health Partners no longer feels the need to continue the services of Mr. Saunders, Mr. Snethen and/or the law firm of Jackson & Lewis, and respectfully requests that the Court enter an Order granting Mr. Saunders, Mr. Snethen and Jackson & Lewis leave to withdraw from the representation of Weirton Health Partners in the case.

{L0332446.1}   1

WHEREFORE, Weirton Health Partners, LLC, respectfully requests that this Honorable Court enter an Order granting leave to Martin Saunders, Esquire, Craig Snethen, Esquire and the law firm of Jackson & Lewis to withdraw as counsel for the plaintiff in this matter.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Denise R. Abbott, Esquire
W.Va. I.D. #: 10114
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA  15222-3911
412-434-5200

*Counsel for the Plaintiff as Counterclaim Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WEIRTON HEALTH PARTNERS, LLC. | C.A. No.: 5:09-CV-40 |
| Plaintiff, | The Honorable Frederick P. Stamp, Jr. |
| v. | |
| GABRIELLE YATES, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing MOTION TO WITHDRAW APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Michael Simon, Esquire
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Steven Recht, Esquire
Recht Law Office
P.O. Box 844
Weirton, WV 26062

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Denise R. Abbott, Esquire
W.Va. I.D. #: 10114
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Plaintiff as
Counterclaim Defendant*

{L0276533.1}